1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julian Gago do Medeiros, | No. CV 06-816-PHX-JAT |
| Petitioner, | **ORDER** |
| vs. | |
| Eric J. Holder, Jr.; et al., | |
| Respondents. | |

Pending before this Court is Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. On August 19, 2009, the Magistrate Judge to whom this case was assigned issued a Report and Recommendation (R&R) recommending that the Petition in this case be denied and dismiss as moot because the Government offered Petitioner the relief to which he was entitled, specifically a bond hearing.

Petitioner moved for and received six extensions of time to file objections to the R&R. On November 27, 2009, Petitioner filed another request for extension of time to file objections. In this request, Petitioner sought until December 17, 2009 to file his objections (Doc. #106). December 17, 2009 has now passed and Petitioner has neither filed objections, nor sought a further extension of time.

In reviewing an R&R, this Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and

recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D.Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 U.S.C. § 636(b)(1) ("the court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made.").

In this case, no objections have been filed, and the time sought to file objections has elapsed. Therefore, the Court will accept and adopt the R&R. Accordingly,

**IT IS ORDERED** that the motion for extension of time to December 17, 2009 to file objections (Doc. #106) is denied as moot.

**IT IS FURTHER ORDERED** that the R&R (Doc. #93) is accepted and adopted; the Petition in this case (Doc. #32) is denied and dismissed as moot and the Clerk of the Court shall enter judgment accordingly.

DATED this 7th day of January, 2010.

James A. Teilborg
United States District Judge